# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10244-JKF

JONATHAN A. TROTTA

23 Pond Lane

Levittown, PA 19054

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JONATHAN A. TROTTA

    23 Pond Lane

    Levittown, PA 19054

Counsel for debtor(s), by electronic notice only.

    JOHN M KENNEY
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

Date: 3/20/2017                            /S/ William C. Miller
                                                           _____
                                                           William C. Miller, Esquire
                                                           Chapter 13 Standing Trustee