## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 17-10244-JKF

JONATHAN A. TROTTA

23 Pond Lane

Levittown, PA 19054

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
JONATHAN A. TROTTA

23 Pond Lane

Levittown, PA 19054

**Counsel for debtor(s), by electronic notice only.**
JOHN M KENNEY
308 N OXFORD VALLEY RD

FAIRLESS HILLS, PA 19030-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

            /s/ William C. Miller

Date: 4/3/2017

            _____
            William C. Miller, Esquire
            Chapter 13 Standing Trustee