IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: : NO. 17-10244-mdc
JONATHAN A. TROTTA :
: CHAPTER 13

## CERTIFICATION OF NO RESPONSE

I, John M. Kenney, Esquire, attorney for Debtor, Jonathan A. Trotta, hereby certify that as of this 16th day of October 2017, there has been no response or answer regarding the Application for Compensation and Reimbursement of Expenses dated and served July 19, 2017.  It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Magdeline D. Coleman as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.

Date:  October 16, 2017         s/ John M. Kenney
                                **John M. Kenney, Esquire**
                                308 N. Oxford Valley Road
                                Fairless Hills, PA  19030
                                (215)547-3031