# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  
JONATHAN A. TROTTA

: NO. 17-10244-mdc :
: CHAPTER 13

## ORDER

**AND NOW,** this 9th day of November, 2017, upon Motion of Debtor and for good cause shown, it is

**ORDERED** that the Application for Compensation and Reimbursement of Expenses is **GRANTED**; and

**ORDERED** that counsel for the Debtors is awarded $3,000.00 as compensation for the firm's services in this case. The Trustee is authorized and directed to pay the amount of $1,500.00 to the said counsel and the Trustee is authorized and directed to pay this sum to counsel from the plan payments which he has received on the Debtor's account, made payable to John M. Kenney, Esquire.

BY THE COURT:

BY: _____  
HONORABLE MAGDELINE D. COLEMAN