United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 17-10244-mdc
Jonathan A. Trotta                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Nov 09, 2017
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db              +Jonathan A. Trotta,   23 Pond Lane,   Levittown, PA 19054-3712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
        JOHN M. KENNEY   on behalf of Debtor Jonathan A. Trotta jken330@comcast.net,  Kathy@jkenneylaw.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                     TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:          : NO. 17-10244-mdc :

JONATHAN A. TROTTA    : CHAPTER 13

<u>ORDER</u>

**AND NOW,** this 9th  day of  November , 2017, upon Motion of Debtor and for good cause shown, it is

**ORDERED** that the Application for Compensation and Reimbursement of Expenses is **GRANTED**; and

**ORDERED** that counsel for the Debtors is awarded $3,000.00 as compensation for the firm's services in this case.  The Trustee is authorized and directed to pay the amount of $1,500.00 to the said counsel and the Trustee is authorized and directed to pay this sum to counsel from the plan payments which he has received on the Debtor's account, made payable to John M. Kenney, Esquire.

BY THE COURT:

BY:_____

HONORABLE MAGDELINE D. COLEMAN